# United States District Court
## Western District of North Carolina
## Charlotte Division

| | |
|---|---|
| Ukamaka Aneke**,** | JUDGMENT IN CASE |
| Plaintiffs, | 3:25-cv-00795-KDB-DCK |
| vs. | |
| University House Charlotte, LP**,** | |
| Defendants | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 29, 2026 Text-Only Order.

May 29, 2026

Katherine Hord Simon, Clerk
United States District Court